**CHOILEE CLEANER INC**

**STATEMENT OF INCOME AND DEFICIT**
**FOR YEAR ENDED FEBRUARY 28, 2009**

| | | |
|---|---:|---:|
| Sales | $ | 257,121 |
| Selling and administrative expense | | |
|     Officer compensation | | 48,000 |
|     Wage | | 26,200 |
|     Repair and maintenance | | 1,341 |
|     Rent | | 67,638 |
|     Taxes | | 5,676 |
|     Depreciation | | 4,286 |
|     Amortization | | 33,627 |
|     Bank charge | | 2,522 |
|     Insurance | | 5,542 |
|     Professional fee | | 3,200 |
|     Outside service | | 37,676 |
|     Office expense | | 265 |
|     Supplies | | 20,857 |
|     Telephone | | 2,790 |
|     Utilities | | 15,940 |
|     Fees | | 815 |
| | | 276,375 |
| Operating loss | | (19,254) |
| Other income and expense: | | |
|     Interest expense | | (11,592) |
| Income taxes | | (838) |
| Net loss | | (31,684) |
| Deficit, beginning | | (2,183) |
| Retained earning, ending | $ | (33,867) |

**Financial Statements**                        **Confidential**