# CHOILEE CLEANER INC

## STATEMENT OF CASH FLOWS
## FOR YEAR ENDED FEBRUARY 28, 2009

| | | |
|---|---:|---:|
| Cash flows from operating activities: | | |
|   Net loss | $ | (31,684) |
|   Adjustments to reconcile net loss to | | |
|   net cash provided by operating activities: | | |
|     Depreciation and amortization | | 37,913 |
|     Changes in assets and liabilities: | | |
|       Accrued liabilities | | (192) |
|       Taxes payable | | 22,203 |
|         Net cash provided by operating activities | | 28,240 |
| | | |
| Cash flows from financing activities: | | |
|   Decrease of mortgage payable | | (16,275) |
|   Decrease of loan from shareholder | | (11,881) |
|     Net cash used in financing activities | | (28,156) |
| | | |
| Net change in cash | | 84 |
| | | |
| Cash, beginning | | 18,376 |
| | | |
| Cash, ending | $ | 18,460 |
| | | |
| Supplementary cash flow information | | |
|   Cash paid for: | | |
|     Interest | $ | 11,592 |
|     Income taxes | | 838 |

**Financial Statements**        *Confidential*